IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>JOETTE ROMERO,<br><br>　　　　　　　　Defendant. | 4:23CR3104<br><br>**ORDER** |

　　　　Pursuant to the waiver of detention filed by the defendant, (filing no. 17),

　　　　IT IS ORDERED:

1)　　Defendant's waiver of detention is knowing, intelligent, and voluntary and is hereby accepted and approved.

2)　　Defendant's detention hearing set for August 29, 2023 at 4:00 p.m. is cancelled.

　　　　August 28, 2023.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Cheryl R. Zwart
　　　　　　　　　　　　　　　　United States Magistrate Judge